UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

YOVANNY DOMINGUEZ, on behalf of himself
and all others similarly situated,

           Plaintiff,

v.

PLAZA ATHENEE HOTEL COMPANY LIMITED,

        Defendant.

-------------------------------------------------------------------x

NO. 18-cv-10154

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

## RECITALS

**WHEREAS**, on or about November 1, 2018, Plaintiff filed a lawsuit against Plaza Athenee in the United States District Court for the Southern District of New York, Case No. 1:18-cv-10154-JMF (the "Lawsuit");

**WHEREAS**, the Lawsuit alleges that the website at *www.plaza-athenee.com* (the "Website") is not fully accessible to individuals with disabilities, and alleges causes of action for violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12181, *et seq.* ("ADA"), the New York State Human Rights Law, N.Y. Exec. Law Article 15, ("NYSHRL"), New York State Civil Rights Law § 40 ("NYSCRL"), and New York City Human Rights Law, N.Y.C. Admin. Code § 8-101 *et seq.*, ("NYCHRL");

**WHEREAS**, Plaza Athenee denies any wrongdoing, liability under or violation of the ADA, NYSHRL, NYSCRL, and/or NYCHRL, or other law, regulation or duty, and does not admit that the Website is not compliant with any law, regulation or duty;

**WHEREAS**, starting prior to the filing of the Lawsuit, Plaza Athenee had already undertaken efforts to update the Website such that currently it is in substantially conformity with

1

the Web Content Accessibility Guidelines 2.0 Level AA. Plaza Athenee intends to continue to maintain the Website in substantial conformity with the Web Content Accessibility Guidelines 2.0 Level AA, unless alternate standards are promulgated by applicable law and/or regulation;

**WHEREAS,** based upon the efforts the Plaza Athenee has taken to update the Website such that it is in substantial conformity with the Web Content Accessibility Guidelines 2.0 Level AA; and the representations by the Plaza Athenee that it intends to continue to maintain the Website in substantial conformity with the Web Content Accessibility Guidelines 2.0 Level AA, unless alternate standards are promulgated by applicable law and/or regulation; Plaintiff submits the interests of the putative Class members are protected in that they now have access to equal enjoyment of goods and services offered by the Plaza Athenee through its Website, removing barriers whereby the Website is now accessible to Plaintiff and members of the putative Class;

**NOW THEREFORE,** the Parties have agreed to voluntarily dismiss this case with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and without costs or fees.

2

**COHEN & MIZRAHI LLP**

**Attorneys for Plaintiff**

_____
Name: Joseph H. Mizrahi, Esq.

March 12, 2019
_____
Date


**THE LAW OFFICE OF CRAIG L. COHEN, LLC**
**Attorney for Defendant**

_____
Name: Craig L. Cohen, Esq.

MARCH 12, 2019
_____
Date


SO ORDERED:

_____
United States District Judge
March 26, 2019

3